UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP
STAFFING AND RECRUITING
LLC, SB PORT VENTURES LLC,
AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

    Lunar Claire Alvey, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Mayelin Placeres, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Dated this 13th day of October 2023.

                                                            s/ Lunar Alvey, Esq.
                                                            Lunar Claire Alvey, Esq. (713473)
                                                            luna@fairlawattorney.com
                                                            FAIRLAW FIRM
                                                            135 San Lorenzo Avenue
                                                            Suite 770
                                                            Coral Gables, FL 33146
                                                           Tel: (305) 230-4884
                                                           *Counsel for Plaintiff*