UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-ALTMAN/REID

MAYELIN PLACERES,

 Plaintiff,

vs.

NOMI HEALTH, INC., SBP
STAFFING AND RECRUITING
LLC, SB PORT VENTURES LLC,
AND TRIXIE BELO-OSAGI,

 Defendants.
_____/

## **PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, NOMI HEALTH, INC.**

Plaintiff, Mayelin Placeres files the Return of Service on Defendant Nomi Health, Inc c/o Ct Corporation System (served on October 17, 2023).

Dated this 20th day of October 2023.

             s/Brian H. Pollock, Esq.
             Brian H. Pollock, Esq.
             Fla. Bar No. 174742
             brian@fairlawattorney.com
             FAIRLAW FIRM
             135 San Lorenzo Avenue
             Suite 770
             Coral Gables, FL 33146
             Tel: 305.230.4884
             *Counsel for Plaintiff*

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 23-CV-23843-RKA

Plaintiff:
**MAYELIN PLACERES**

vs.

Defendant:
**NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, and TRIXIE BELO-OSAGIE**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 12th day of October, 2023 at 11:47 am to be served on **NOMI HEALTH, INC. c/o CT CORPORATION SYSTEM, its Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Ernesto Avila, do hereby affirm that on the **17th day of October, 2023** at **1:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Donna Moch, section head of process service** as **an authorized employee of registered agent** for **NOMI HEALTH, INC.**, at the address of: **1200 S. Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 62, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 160, Hair: Brown, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2023001691