UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-ALTMAN/REID

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP
STAFFING AND RECRUITING
LLC, SB PORT VENTURES LLC,
AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, Mayelin Placeres, pursuant to the Court's Order entered on October 12, 2023 [ECF No. 5], files this Statement of Claim based on the information known to her and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from her employment at this time, and so he must estimate the hours that she worked, the pay that she received for those hours, and the corresponding wages due to her.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff received $45.00 for each hour that she worked, meaning that she is owed $22.50 for each overtime hour worked.

4. Plaintiff estimates that she worked 364.76 overtime hours for Defendants.

5. Plaintiff estimates that she is owed **$8,207.10 in unpaid/underpaid overtime wages**

6. Plaintiff calculated the amount she estimated in the spreadsheet filed herewith as **Exhibit "A."**

7. Plaintiff claims that she is owed for overtime worked **between August 21, 2021, and February 13, 2022**.

8. Plaintiff also seeks liquidated damages in an amount equal to the above unpaid/underpaid overtime wages plus reasonable attorneys' fees and costs pursuant to the FLSA.

9. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

10. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

11. This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 20th day of October 2023.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

# EXHIBIT

# "A"

EXHIBIT "A"

| Column1 | Column12 | Column2 | Column3 | Column4 | Column5 | Column6 | Column7 |
|---|---|---|---|---|---|---|---|
| Period Starts | Period Ends | Pay Date | Worked Hours | OT Hours | Regular Pay Rate | OT Pay Rate | OT Owed |
| 8/23/21 | 8/29/21 | 8/26/21 | 23.00 | 0.00 | $45 | $22.50 | $0.00 |
| 8/23/21 | 8/29/21 | 9/1/21 | 56.00 | 16.00 | $45 | $22.50 | $360.00 |
| 8/30/21 | 9/5/21 | 9/8/21 | 52.50 | 12.50 | $45 | $22.50 | $281.25 |
| 9/6/21 | 9/12/21 | 9/15/21 | 26.00 | 0.00 | $45 | $22.50 | $0.00 |
| 9/13/21 | 9/19/21 | 9/22/21 | 51.00 | 11.00 | $45 | $22.50 | $247.50 |
| 9/20/21 | 9/26/21 | 9/29/21 | 51.50 | 11.50 | $45 | $22.50 | $258.75 |
| 9/27/21 | 10/3/21 | 10/6/21 | 77.10 | 37.10 | $45 | $22.50 | $834.75 |
| 10/4/21 | 10/10/21 | 10/13/21 | 50.75 | 10.75 | $45 | $22.50 | $241.88 |
| 10/11/21 | 10/17/21 | 10/20/21 | 64.58 | 24.58 | $45 | $22.50 | $553.05 |
| 10/18/21 | 10/24/21 | 10/29/21 | 0.00 | 0.00 | $45 | $22.50 | $0.00 |
| 10/25/21 | 10/31/21 | 11/5/21 | 51.40 | 11.40 | $45 | $22.50 | $256.50 |
| 11/1/21 | 11/7/21 | 11/10/21 | 38.50 | 0.00 | $45 | $22.50 | $0.00 |
| 11/8/21 | 11/14/21 | 11/17/21 | 76.30 | 36.30 | $45 | $22.50 | $816.75 |
| 11/15/21 | 11/21/21 | 11/24/21 | 51.80 | 11.80 | $45 | $22.50 | $265.50 |
| 11/22/21 | 11/28/21 | 12/1/21 | 63.75 | 23.75 | $45 | $22.50 | $534.38 |
| 11/29/21 | 12/5/21 | 12/8/21 | 77.50 | 37.50 | $45 | $22.50 | $843.75 |
| 12/6/21 | 12/12/21 | 12/15/21 | 43.33 | 3.33 | $45 | $22.50 | $74.93 |
| 12/13/21 | 12/19/21 | 12/22/21 | 55.50 | 15.50 | $45 | $22.50 | $348.75 |
| 12/20/21 | 12/26/21 | 12/29/21 | 13.50 | 0.00 | $45 | $22.50 | $0.00 |
| 12/27/21 | 1/2/22 | 1/5/22 | 92.75 | 52.75 | $45 | $22.50 | $1,186.88 |
| 1/3/22 | 1/9/22 | 1/12/22 | 12.75 | 0.00 | $45 | $22.50 | $0.00 |
| 1/10/22 | 1/16/22 | 1/19/22 | 13.50 | 0.00 | $45 | $22.50 | $0.00 |
| 1/24/22 | 1/30/22 | 2/2/22 | 64.50 | 24.50 | $45 | $22.50 | $551.25 |
| 1/31/22 | 2/6/22 | 2/9/22 | 39.42 | 0.00 | $45 | $22.50 | $0.00 |
| 2/7/22 | 2/13/22 | 2/16/22 | 64.50 | 24.50 | $45 | $22.50 | $551.25 |
| | | | $1,211.43 | 364.76 | | | $8,207.10 |

| | |
|---|---|
| Regular Week Shift | 40.00 |
| Pay Rate | $45.00 |
| OT Rate | $22.50 |