UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-ALTMAN/REID

MAYELIN PLACERES,

 Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, AND
TRIXIE BELO-OSAGI,

 Defendants.
_____/

## **PLAINTIFF'S NOTICE OF FILING SUMMONSES (AMENDED COMPLAINT)**

 Plaintiff, Mayelin Placeres notifies the Court and all parties of the filing of the Summonses to be served with the Amended Complaint on the non-served Defendants, SBP Staffing and Recruiting, LLC, SB Port Ventures LLC, and Trixie Belo-Osagie.

 Dated this 26th day of October 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*
