UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843

MAYELIN PLACERES,

     Plaintiff,

vs.

NOMI HEALTH, INC., SBP
STAFFING AND RECRUITING
LLC, SB PORT VENTURES LLC,
AND TRIXIE BELO-OSAGI,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Plaintiff, Mayelin Placeres, pursuant to Local Rule 3.8, notifies the Court of the following

Related Action presently pending in the District Court for the Southern District of Florida:

*Elisabet Principe v. Nomi Health, Inc., SBP Staffing and Recruiting, LLC, SB Port*

*Ventures, LLC, and Trixie Belo-Osagie – Case No. 23-CV-23763-JEM.*

Respectfully submitted this 27th day of October 2023.

s/ Lunar Alvey, Esq.
Lunar Claire Alvey, Esq. (713473)
luna@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*