**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER SCHEDULING STATUS CONFERENCES**

The cases listed below are set for a status conference on **November 15, 2023, at 2:00 PM. Absent good cause, counsel[1] for Miami Division cases must attend in person** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue Courtroom 12-4, Miami, Florida 33128.[2] **Counsel for Broward Division cases may appear *either* in person *or* by Zoom**. For those attending by Zoom, the Meeting ID is 160 7688 8099. The Passcode is 183310.[3] Accordingly, we hereby **ORDER** as follows:

1. The Clerk of Court is **directed** to file this Order in **each** of the below cases.

2. The parties (unless *pro se*) are **not** personally required to appear.

3. If the parties settle before our hearing date, they shall promptly file a notice on the docket informing us of the settlement.

4. Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of this Order.**

5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

6. The cases will be called according to the following schedule:

---

[1] When we say "counsel" in this Order, we also mean to include *pro se* litigants. Each mention of "counsel" in this Order, therefore, applies with equal force to *pro se* litigants.
[2] What matters for purposes of this Order is where the case was *filed*, not where counsel lives (or works).
[3] The Court does not issue a Zoom link. Please access the Zoom meeting by going to Zoom.us (or opening a Zoom app), clicking "join a meeting," and entering the Meeting ID and Passcode.

a. 23-cv-21883 – *Howard v. Unique Vacations Inc. et al.*

b. 23-cv-23843 – *Placeres v. Nomi Health, Inc. et al.*

c. 23-cv-61223 – *Rule v. Healthcare Revenue Recovery Group LLC*

d. 23-cv-61922 – *Francione v. Mazel Pizza, LLC et al.*

e. 23-cv-22536 – *Valdes v. AMPY Enterprises Inc.*

f. 23-cv-23205 – *Healy v. Aetna Life Insurance Company*

g. 23-cv-23436 – *Morales v. Cooling & Winter, LLC*

h. 23-cv-23565 – *Valverde v. DGP Health & Wellness Corporation et al.*

i. 23-cv-23766 – *The OG Group, LLC v. American Zurich Insurance Company*

j. 23-cv-23926 – *Ariza v. Aristi Group Inc.*

k. 21-cv-60358 – *Horowitz v. Allied Marine, Inc et al.*

l. 23-cv-21168 – *Barberi v. Lopez Tires, Inc. et al.*

m. 23-cv-23457 – *Caplan v. Francis Tire & Auto Service et al.*

n. 23-cv-23539 – *Cohan v. Dre Reit Opco LLC*

o. 23-cv-23670 – *Castro v. Christian Louboutin, LLC*

p. 23-cv-23727 – *Castro v. Aldi (Florida) L.L.C.*

q. 23-cv-23900 – *Lakhani v. 5757 Plaza, Corp. et al.*

r. 23-cv-24007 – *Castro v. RCSH Operations, LLC*

s. 23-cv-62018 – *Rogers v. Stirling Park Inc.*

**DONE AND ORDERED** in the Southern District of Florida on November 6, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record