UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING RETURNS OF SERVICE ON DEFENDANTS**

Plaintiff, Mayelin Placeres, files the Returns of Service on Defendants, SB Port Ventures, LLC and Trixie Belo-Osagie., (November 2, 2023).

Dated November 7, 2023.

    Respectfully submitted,

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Miami, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff*



## INVOICE

Invoice #NAY-2023001789
11/2/2023

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:23-CV-23843-ALTMAN/REID**

Plaintiff:
**MAYELIN PLACERES**

Defendant:
**NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, and TRIXIE BELO-OSAGIE**

Received: 10/31/2023   Served: 11/2/2023 11:05 am  LLC
To be served on: SB PORT VENTURES LLC c/o MDO CORPORATE SERVICES LLC, its Registered Agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Service (Summons). | 1.00 | 45.00 | 45.00 |
| Print Fee. | 14.00 | 0.20 | 2.80 |
| TOTAL CHARGED: | | | $47.80 |

**BALANCE DUE:** $47.80

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Page 1 / 1