UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843

MAYELIN PLACERES,

    Plaintiff,

v.

NOMI HEALTH, INC., SBP STAFFING
AND RECRUITING LLC, SB PORT
VENTURES LLC, AND TRIXIE BELO-
OSAGI,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF STRIKING ECF NO. 17

Plaintiff MAYELIN PLACERES notices the Court and all parties of the striking of ECF No. 17 as containing a scrivener's error.

Dated this 7th day of November 2023.

                                    s/Brian H. Pollock, Esq.
                                    Brian H. Pollock, Esq. (174742)
                                    brian@fairlawattorney.com
                                    FAIRLAW FIRM
                                    135 San Lorenzo Avenue
                                    Suite 770
                                    Coral Gables, FL 33146
                                    Tel: (305) 230-4884
                                    *Co-Counsel for Defendants*