## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-23843-ALTMAN/REID

Plaintiff:
**MAYELIN PLACERES**

vs.

Defendant:
**NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, and TRIXIE BELO-OSAGIE**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 31st day of October, 2023 at 4:05 pm to be served on **SBP STAFFING AND RECRUITING LLC c/o MDO CORPORATE SERVICES LLC, its Registered Agent, 175 SW 7th Street, Suite 1900, Miami, FL 33130**.

I, Joseph Onega, do hereby affirm that on the **2nd day of November, 2023** at **11:05 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and AMENDED COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S** with the date and hour of service endorsed thereon by me, to: **Jeimary De La Rosa, receptionist** as **Authorized Employee Of Registered Agent** for **SBP STAFFING AND RECRUITING LLC**, at the address of: **175 SW 7th Street, Suite 1900, Miami, FL 33130**, and informed said person of the contents therein, in compliance with Florida statute 48.062

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 145, Hair: Black, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023001790

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r