**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:23-CV-23843**

MAYELIN PLACERES,

    Plaintiff,

v.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.

## DEFENDANT NOMI HEALTH, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nomi Health, Inc. hereby submits this Corporate Disclosure Statement and Certificate of Interested Parties.

Nomi states that it has no corporate parent. No publicly held corporation owns 10% or more of Nomi's stock.

Nomi further identifies the following interested parties:

1. Mayelin Placeres;
2. FairLaw Firm;
3. Brian H. Pollock, Esq.;
4. Lunar Alvey, Esq.;
5. SBP Staffing and Recruiting LLC;
6. SB Port Ventures LLC;
7. Trixie Belo-Osagie;
8. Nomi Health, Inc.;
9. Seyfarth Shaw LLP; and

10. Andrew M. McKinley, Esq.

Respectfully submitted this 9th day of November 2023.

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
Florida Bar No. 122069
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendant Nomi Health, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve a copy of the same on all counsel of record.

                                           */s/ Andrew M. McKinley*
                                           Andrew M. McKinley