UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:23-CV-23843

MAYELIN PLACERES,

    Plaintiff,

v.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.

## CONSENT MOTION TO APPEAR REMOTELY AT THE NOVEMBER 16, 2023 STATUS CONFERENCE

Defendant Nomi Health, Inc. hereby respectfully requests that counsel for the Parties be permitted to appear via Zoom at the Status Conference in the above matter scheduled for November 16, 2023, at 3 p.m. In support of this motion, Nomi states as follows:

1. On November 6, 2023, the Court entered an Order scheduling a status conference in the above matter for November 15, 2023 at 2:00 p.m. (Dkt. 16.) On November 9, 2023, the Court reset the status conference for November 16, 2023, at 3:00 p.m. (Dkt. 27.)

2. Counsel for Nomi is based in Atlanta, Georgia, and has his wedding set in Georgia for November 18, 2023, with the rehearsal on November 17. As a result, Nomi's counsel had planned to be out of office, to ensure everything was finalized for the occasion, beginning on November 16.

3. In light of the above, Nomi respectfully requests that its counsel be permitted to appear at the status conference via Zoom, and that all Parties' counsel similarly be permitted to attend via Zoom.

4. Nomi has conferred with all Defendants who have been served in this action,[1] and all consent to the relief requested.

Accordingly, Nomi respectfully requests that this Court grant the joint motion for all parties to appear via Zoom at the November 16, 2023 status conference.

Respectfully submitted this 13th day of November 2023.

By: */s/ Andrew M. McKinley*
Andrew M. McKinley
Florida Bar No. 122069
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056
amckinley@seyfarth.com

*Attorney for Defendant Nomi Health, Inc.*

---

[1] Trixie Belo-Osagie has not yet been served.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew M. McKinley*
Andrew M. McKinley