## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO: 1:23-CV-23843

MAYELIN PLACERES,

    Plaintiff,

v.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, and
TRIXIE BELO-OSAGIE,

    Defendants.

### ORDER ON CONSENT MOTION TO APPEAR REMOTELY AT STATUS CONFERENCE

Upon due consideration of Defendant Nomi Health, Inc.'s Consent Motion to Appear Remotely at the November 16, 2023 Status Conference, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**.

Counsel for the Parties may appear at the status conference scheduled for November 16, 2023, at 3:00 p.m. via Zoom, using the Zoom Meeting ID and Passcode set forth in the Court's Order Scheduling Status Conferences, Dkt. 16.

**DONE AND ORDERED** in the Southern District of Florida on November __, 2023.

 

                                          **ROY K. ALTMAN**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record