UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-ALTMAN/REID

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, TRIXIE BELO-OSAGIE

Plaintiff, Mayelin Placeres files the Return of Service on Defendant, TRIXIE BELO-OSAGIE (served on November 14, 2023).

Dated this 15th day of November 2023.

                                          s/Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq.
                                          Fla. Bar No. 174742
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:   305.230.4884
                                          *Counsel for Plaintiff*