UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23843-ALTMAN/Reid

**MAYELIN PLACERES**,

    *Plaintiff*,

v.

**NOMI HEALTH, INC.**, *et al.*,

    *Defendants*.

_____/

ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **December 18, 2023**. In addition, by **December 18, 2023**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in the Southern District of Florida on December 6, 2023.



_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record