UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAYELIN PLACERES,

    Plaintiff,               CASE NO.: 1:23-CV-23843-ALTMAN/REID

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## JOINT NOTICE TO COURT REGARDING SETTLEMENT NEGOTIATIONS

Pursuant to this Honorable Court's Order issued at the Case Management Conference held on today's date, December 12, 2023, the parties jointly advise that they conferred regarding settlement, however, this case was not settled.

| | |
|---|---|
| Lunar Claire Alvey, Esq. | Andrew M. McKinley, Esq. |
| Lunar Claire Alvey, Esq. (713473) | Andrew M. McKinley, Esq. (122069) |
| luna@fairlawattorney.com | amckinley@seyfarth.com |
| FAIRLAW FIRM | SEYFARTH SHAW LLP |
| 135 San Lorenzo Ave | 1075 Peachtree St NE |
| Suite 770 | Suite 2500 |
| Coral Gables, FL 33146 | Atlanta, GA 30309 |
| Tel: 305.230.4884 | Tel: 404.704.9665 |
| *Counsel for Plaintiff* | *Counsel for Defendant Nomi Health, Inc.* |

Fabian A. Ruiz, Esq.
Fabian A. Ruiz, Esq. (117928)
fabian.ruiz@gray-robinson.com
GRAYROBINSON, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
Tel: 305.416.6880
*Counsel for SBP Staffing and Recruiting, LLC*
*SB Port Ventures, LLC and Trixie Belo-Osagi*