# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-ALTMAN/REID

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP
STAFFING AND RECRUITING
LLC, SB PORT VENTURES LLC,
AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## PROPOSED SCHEDULE

This MATTER is set for jury trial for the week of February 18th, 2025. The Parties propose to adhere to the following schedule:

| Date | Event |
|---|---|
| 3/13/2024 | The Parties shall file motions to amend pleadings or join Parties |
| 4/29/2024 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| 7/11/2024 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| 8/9/2024 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| 8/14/2024 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| 9/13/2024 | The Parties shall complete all discovery, including expert discovery. |
| 10/7/2024 | The Parties shall complete mediation and file a mediation report with the Court. |
| 10/14/2024 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |

| | |
|---|---|
| 11/7/2024 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
| 11/14/2024 | The Parties shall file witness and exhibit lists and all *motions in limine*. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |

Dated this 18th day of December 2023.

<u>s/Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

<u>s/Andrew M. McKinley</u>
Andrew M. McKinley (122069)
amckinley@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Tel:  404.885.1500
*Counsel for Defendant*
*Nomi Health, Inc.*

<u>s/Fabian A. Ruiz</u>
Marlene Quintana (88358)
marlene.quintana@gray-robinson.com
Fabian A. Ruiz (117928)
Fabian.ruiz@gray-robinson.com
GRAY ROBINSON, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
Tel:   305.416.6880
*Counsel for Defendants*
*SBP Staffing and Recruiting, LLC,*
*SB Port Ventures LLC, and Trixie Belo-Osagie*