UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-ALTMAN/REID

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP
STAFFING AND RECRUITING
LLC, SB PORT VENTURES LLC,
AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

Plaintiff Mayelin Placeres notices the Court that the parties complied with the Court's Order Setting Trial [ECF No. 41] entered on December 19, 2023. Counsels have agreed to utilize Robyn Hankins **as a mediator**.

Dated this 4th day of January 2024.

                                                    s/Brian H. Pollock, Esq.
                                                    Brian H. Pollock, Esq. (174742)
                                                    brian@fairlawattorney.com
                                                    FAIRLAW FIRM
                                                    135 San Lorenzo Avenue
                                                    Suite 770
                                                    Coral Gables, FL 33146
                                                    Tel:    305.230.4884
                                                    *Counsel for Plaintiff*