**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-cv-23843-RKA**

MAYELIN PLACERES,

       Plaintiff,

v.

NOMI HEALTH, INC., SBP STAFFING
AND RECRUITING LLC, SB PORT
VENTURES LLC and TRIXIE BELO-
OSAGIE,

       Defendants.

_____/

## DEFENDANTS SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGIE'S RESPONSE TO STATEMENT OF CLAIM

Defendants, SBP Staffing and Recruiting, LLC, SB Port Ventures LLC, and Trixie Belo-Osagie ("Defendants"), hereby file their responses to Plaintiff's Statement of Claim, and state as follows:

1.    Defendants deny they have violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 *et seq.* ("FLSA") and deny that Plaintiff is entitled to any relief, including overtime pay, liquidated damages, attorneys' fees, and costs.  Defendants further deny that there is any proper basis or cause of action to be brought before this Court.

2.    Defendants were never Plaintiff's employer as defined under the FLSA. Therefore, Defendants are not appropriately joined to this lawsuit, and are not liable for any unpaid wages that are allegedly due to Plaintiff.

3.    To the extent that Plaintiff did work any hours beyond forty (40) during any given workweek within the relevant time period, Plaintiff was not entitled to receive overtime wages for any such hours because she was not an employee under the FLSA.

4.      Defendants deny that Plaintiff is entitled to liquidated damages in any amount because Defendants' actions were neither willful nor intentional.  In fact, Defendants' actions were taken in good faith and Defendants had reasonable grounds to believe that their actions were in conformity with the requirements of the FLSA.  As such, Plaintiff is not entitled to liquidated damages.

5.      Plaintiff is not entitled to any attorneys' fees or costs because Plaintiff is not owed any unpaid wages, and there is no proper basis or cause of action before this Court.

6.      Defendants' response to Plaintiff's Statement of Claim is based on the information available to them to date.  Notwithstanding, Defendants do not waive any right to present new or additional information at a later date, or to amend their response to Plaintiff's Statement of Claim upon receipt of any such additional information.  Additionally, Defendants' response shall not serve as a waiver of any substantive or procedural right and/or defense that Defendants may have raised up to this point in litigation, or may raise at any other point.

Respectfully submitted this 5th day of January, 2024

**GRAY ROBINSON, P.A.**

333 SE 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By:  */s/ Fabian A. Ruiz*
          Marlene Quintana, B.C.S.
          Florida Bar No. 88358
          marlene.quintana@gray-robinson.com
          Fabian A. Ruiz
          Florida Bar No. 117928
          fabian.ruiz@gray-robinson.com
          *Counsel for Defendants*
          *SBP Staffing and Recruiting, LLC,*
          *SB Port Ventures LLC, and*
          *Trixie Belo-Osagie*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Fabian A. Ruiz*
*Counsel for Defendants*
*SBP Staffing and Recruiting, LLC,*
*SB Port Ventures LLC, and*
*Trixie Belo-Osagie*

#52491208 v1