**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER SCHEDULING STATUS CONFERENCES**

The cases listed below are set for a status conference on **January 18, 2024, at 2:00 PM. Absent good cause, counsel[1] for Miami Division cases must attend in person** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue Courtroom 12-4, Miami, Florida 33128.[2] **Counsel for Broward Division cases may appear *either* in person *or* by Zoom**. For those attending by Zoom, the Meeting ID is 160 7688 8099. The Passcode is 183310.[3] Accordingly, we hereby **ORDER** as follows:

1. The Clerk of Court is **directed** to file this Order in **each** of the below cases.
2. The parties (unless *pro se*) are **not** personally required to appear.
3. If the parties settle before our hearing date, they shall promptly file a notice on the docket informing us of the settlement.
4. Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of this Order.**
5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.
6. The cases will be called according to the following schedule:

---

[1] When we say "counsel" in this Order, we also mean to include *pro se* litigants. Each mention of "counsel" in this Order, therefore, applies with equal force to *pro se* litigants.

[2] What matters for purposes of this Order is where the case was *filed*, not where counsel lives (or works).

[3] The Court does not issue a Zoom link. Please access the Zoom meeting by going to Zoom.us (or opening a Zoom app), clicking "join a meeting," and entering the Meeting ID and Passcode.

      a.    23-cv-21974 – *Collins v. Target Corp.*

      b.    23-cv-23565 – *Valverde v. DGP Health & Wellness Corp. et al.*

      c.    23-cv-24550 – *Pauli et al. v. Mercantile Adjustment Bureau LLC*

      d.    23-cv-24854 – *Valle v. Grupo Victoria Restaurant Corp. et al.*

      e.    21-cv-23701 – *Hostert v. Carnival Corp.*

      f.    22-cv-23662 – *Zeflon LLC v. World Reach Health LLC*

      g.    23-cv-22933 – *World Media Alliance Label Inc. v. Ello Entm't Grp., LLC, et al.*

      h.    23-cv-23810 – *Herrera v. Encoparts LLC*

      i.    23-cv-23843 – *Placeres v. Nomi Health, Inc., et al.*

      j.    23-cv-24342 – *Cognato v. Hartford Life and Accident Ins. Co.*

      k.    23-cv-24482 – *Garcia v. Nat'l Spec. Ins. Co.*

      l.    23-cv-21128 – *Palmer v. Royal Caribbean Cruises Ltd.*

      m.    23-cv-22109 – *Munoz v. GEICO Gen. Ins. Co.*

      n.    23-cv-24137 – *Gonzalez v. Kensington Plaza I, Inc.*

      o.    23-cv-24218 – *Pinero v. 7385 W Flagler Corp.*

      p.    23-cv-60987 – *Torres v. Target Corp.*

      q.    23-cv-62168 – *Malcolm v. Allstate Ins. Co.*

      r.    23-cv-62294 – *Lopez v. Corsely Investment, Inc. et al.*

      s.    23-cv-62313 – *Miller v. Wal-Mart Stores East, LP*

**DONE AND ORDERED** in the Southern District of Florida on January 9, 2024.

 

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record