UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-ALTMAN/REID

MAYELIN PLACERES,

      Plaintiff,

vs.

NOMI HEALTH, INC., SBP
STAFFING AND RECRUITING
LLC, SB PORT VENTURES LLC,
AND TRIXIE BELO-OSAGIE,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF MEDIATION

      Plaintiff, MAYELIN PLACERES, notices the Court and all parties that mediation in this case will be held before Robyn Hankins Esq. on May 30, 2024, commencing at 10 a.m. by Zoom video conference.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email on this 12th day of January 2024 on Fabian A. Ruiz, Esq., Gray Robinson, P.A.. as Counsel for Defendant, SBP Staffing and Recruiting, LLC, SB Port Ventures LLC, and Trixie Belo-Osagie, fabian.ruiz@gray-robinson.com , marlene.quintana@gray-robinson.com. And Andre M. McKinley, Esq., Seyfarth Shaw LLP., as Counsel for Defendant, Nomi Health, amckinley@seyfarth.com , asimon@seyfarth.com .

      s/Brian H. Pollock, Esq.
      Brian H. Pollock, Esq.
      Fla. Bar No. 174742
      brian@fairlawattorney.com
      **FAIRLAW FIRM**
      135 San Lorenzo Avenue
      Suite 770
      Coral Gables, FL 33146
      Tel:  305.230.4884
      *Counsel for Plaintiff(s)*