UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-ALTMAN/REID

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP
STAFFING AND RECRUITING
LLC, SB PORT VENTURES LLC,
AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## NOTICE OF DISSOCIATION OF LUNAR CLAIRE ALVEY, ESQ. AS COUNSEL FOR PLAINTIFF

    Lunar Claire Alvey, Esq., notifies the Court and all parties that she has dissociated herself from FairLaw Firm and is no longer of record for Plaintiff, Mayelin Placeres, in this action. Brian H. Pollock, Esq. and FairLaw Firm remain counsel for Plaintiff.

    Dated this 17th day of January 2024.

                                                  s/ Lunar Claire Alvey, Esq.
                                                  Lunar Claire Alvey, Esq.
                                                  Fla. Bar No. 713473
                                                  luna@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Avenue
                                                  Suite 770
                                                  Coral Gables, FL 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff*