UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAYELIN PLACERES,

    Plaintiff,                              CASE NO.: 1:23-CV-23843-ALTMAN/REID

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGIE,

    Defendants.

_____/

## JOINT NOTICE TO COURT REGARDING SETTLEMENT NEGOTIATIONS

Pursuant to this Honorable Court's Order issued as a result of the Case Management Conference held on January 18, 2024, the parties jointly advise that they conferred regarding settlement; however, this case was not settled.

Dated this 2nd day of February 2024.

*/s/ Brian H. Pollock, Esq.*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4822
*Counsel for Plaintiff*

*/s/ Andrew M. McKinley, Esq.*
Andrew M. McKinley, Esq. (122069)
amckinley@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree St NE
Suite 2500
Atlanta, GA 30309
Tel: 404.704.9665
*Counsel for Defendant Nomi Health, Inc.*

*/s/ Fabian A. Ruiz, Esq.*
Fabian A. Ruiz, Esq. (117928)
fabian.ruiz@gray-robinson.com
GRAYROBINSON, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
Tel: 305.416.6880
*Counsel for SBP Staffing and Recruiting, LLC SB Port Ventures, LLC, and Trixie Belo-Osagie*