UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-ALTMAN/REID

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC.,
SBP STAFFING AND RECRUITING LLC,
SB PORT VENTURES LLC, AND
TRIXIE BELO-OSAGI,

    Defendants.
_____/

## JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Lisette M. Reid) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

Dated this 29th day of February 2024.

| | |
|---|---|
| s/Brian H. Pollock, Esq. | s/Andrew M. McKinley, Esq. |
| Brian H. Pollock, Esq. (174742) | Andrew M. McKinley, Esq. (122069) |
| brian@fairlawattorney.com | amckinley@seyfarth.com |
| FAIRLAW FIRM | Seyfart Shaw LLP |
| 135 San Lorenzo Avenue | 1075 Peachtree St NE, Suite 2500 |
| Suite 770 | Atlanta, GA, 30309 |
| Coral Gables, FL 33146 | Tel: (404) 704-9665 |
| Tel:   305.230.4884 | *Counsel for Defendant, Nomi Health,* |
| *Counsel for Plaintiff* | |
| | s/Fabian A. Ruiz, Esq. |
| | Fabian A. Ruiz, Esq. (117928) |
| | Fabian.Ruiz@gray-robinson.com |
| | GrayRobinson, P.A. |
| | 333 SE 2nd Ave, Suite 3200 |
| | Miami, FL, 33131 |
| | (305) 812-9335 |
| | *Counsel for Defendants, SBP Staffing & Recruiting LLC, SB Port Ventures LLC, and Trixie Belo-Osagie* |