UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23843-ALTMAN/Reid

**MAYELIN PLACERES**,

    *Plaintiff*,

v.

**NOMI HEALTH, INC.**, *et al.*,

    *Defendants.*

_____/

## ORDER OF REFERRAL

The parties have filed a Joint Consent to U.S. Magistrate Judge Jurisdiction [ECF No. 62]. The parties have noted their consent to have United States Magistrate Judge Lisette M. Reid "conduct all further proceedings in this case, including the trial and order the entry of a final judgment." *Ibid.* After careful review, we hereby **ORDER and ADJUDGE** that this case is **REFERRED** to United States Magistrate Judge Lisette M. Reid to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. All papers filed in this matter shall bear the caption **CASE NO. 23-cv-23843-REID**. The above-styled action shall be **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on March 2, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record