UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-REID

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Mayelin Placeres, notifies the Court that the parties jointly advise they have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

Dated this 4th day of March 2024.

                              Brian H. Pollock, Esq.
                              Brian H. Pollock, Esq. (174742)
                              brian@fairlawattorney.com
                              FAIRLAW FIRM
                              135 San Lorenzo Avenue
                              Suite 770
                              Coral Gables, FL 33146
                              Tel:    305.230.4884
                              *Counsel for Plaintiff*