UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-23843-REID

MAYELIN PLACERES,

    Plaintiff,
v.

NOMI HEALTH, INC., *et al*,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

This cause is before the Court following a Fairness Hearing conducted before the Undersigned. [ECF No. 64]. The parties have decided to settle their dispute. [ECF No. 67]. The Court has conducted a Fairness Hearing and has considered the terms of the parties' agreement to settle Plaintiff's claims (the "Agreement").

This case involves claims of unpaid overtime compensation and minimum wage claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutinize[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there is a bona fide legal and factual dispute of the FLSA provisions, and both parties were represented by counsel. The Court has reviewed the terms of the Agreement and finds

that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is:

**ORDERED AND ADJUDGED** that the parties' Agreement (including attorney's fees and costs) is hereby **APPROVED**, the case be **DISMISSED WITH PREJUDICE**, and **THE CASE BE CLOSED**. All pending motions are **DENIED AS MOOT**. The Court shall retain jurisdiction until **THIRTY (30) DAYS,** to ensure compliance with the Agreement.

**DONE AND ORDERED** this 13th day of March 2024.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE