UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-cv-23843-REID

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC., SBP STAFFING AND RECRUITING LLC, SB PORT VENTURES LLC, AND TRIXIE BELO-OSAGI,

    Defendants.
_____/_____/

## **FINAL JUDGMENT**

This cause is before the Court on Plaintiff's Verified Motion for Entry of Final Judgment filed herein on April 9, 2024 [ECF No. 71], and the Court, after having reviewed the Motion and being otherwise duly advised, **ORDERS** as follows:

1. Plaintiff's Motion [ECF No. 71] is **GRANTED**;

2. Final Judgment is hereby entered in favor of Plaintiff, Mayelin Placeres, and against Defendants, SB Port Ventures LLC, SBP Staffing and Recruiting LLC, and Trixie Belo-Osagie, jointly and severally, in the amount of $21,200.00, as follows:

    a. $13,164.20 to Plaintiff, Mayelin Placeres, as the amount still owed to her under the Settlement Agreement ($6,632.10 + $6,632.10 + $500.00);

    b. b. $6,835.80 to Plaintiff's counsel, FairLaw Firm, as the amount still owed to it under the Settlement Agreement; and

    c. c. $1,200.00 to Plaintiff's counsel, FairLaw Firm, for attorney's fees related to enforcement and/or obtaining this Final Judgment.

3. The Court retains jurisdiction over this cause to enter such further Orders as are necessary and appropriate for the conclusion of this action.

**DONE AND ORDERED** this 18th day of April 2024.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE