UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23843-REID

MAYELIN PLACERES,

    Plaintiff,

vs.

NOMI HEALTH, INC., ET AL.,

    Defendants.
_____/

## **SATISFACTION OF JUDGMENT**

Plaintiff, Mayelin Placeres, pursuant to the Federal Rules of Civil Procedure, files and serves the above-referenced pleading and states as follows in support thereof:

1. Plaintiff acknowledges full payment of $21,200.00 in satisfaction of the Default Final Judgment entered in this case on April 18, 2024 [ECF No. 73].

2. Plaintiff agrees that Defendants do not owe any more monies under the Default Final Judgment entered on April 18, 2024 [ECF No. 73].

Dated this 14th day of May 2024.

                                                          s/Brian H. Pollock, Esq.
                                                          Brian H. Pollock, Esq.
                                                          Fla. Bar No. 174742
                                                          brian@fairlawattorney.com
                                                          FAIRLAW FIRM
                                                          135 San Lorenzo Avenue
                                                          Suite 770
                                                          Coral Gables, FL 33146
                                                          Tel:   305.230.4884
                                                          *Counsel for Plaintiff*